**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| VIE EISHA GARRETT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:25-cv-361-JDK-KNM |
| | § | |
| AARON M. BURKS, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Vie Eisha Garrett, proceeding pro se and *in forma pauperis*, filed this lawsuit against Defendant Aaron Burks on September 8, 2025. Plaintiff alleges that Defendant painted over black mold in her apartment, which resulted in sickness and destruction of personal goods. The case was referred to United States Magistrate Judge K. Nicole Mitchell for findings of fact, conclusions of law, and recommendations for disposition of the action.

On October 2, 2025, Judge Mitchell issued a Report and Recommendation, recommending that the complaint be dismissed without prejudice for lack of subject matter jurisdiction. Docket No. 8. A copy of the Report was sent to Plaintiff, and Plaintiff acknowledged receipt on October 7, 2025. Docket No. 6. No objections have been filed.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court

examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

Here, Plaintiff did not file any objections. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 8) as the findings of this Court. It is therefore **ORDERED** that this case is **DISMISSED** without prejudice. Any motions pending in this case are **DENIED** as moot.

So **ORDERED** and **SIGNED** this **31st** day of **October, 2025.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE